

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Judge Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

August 21, 2023

Re:   *1:23-cv-05835-LGS Jones v. Catco Ventures, Ltd.*

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Schofield,

  Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for September 6th at 4:10 p.m. Counsel will be out of the country and unable to attend the conference on that date. Plaintiff requests a 45 day adjournment and proposes to reschedule the conference for October 23rd, 2023, or a date convenient to the Court. This is the first time relief is being requested and both parties consent.

  We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Application **GRANTED.**  The initial pretrial conference scheduled for September 6, 2023, is **ADJOURNED** to **September 13, 2023, at 4:10 P.M.**  The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333.  The parties shall file the required joint letter and proposed case management plan by **September 6, 2023**.  Plaintiff's letter does not provide a basis to adjourn the conference further, particularly because the conference will be telephonic.  So Ordered.

Dated: August 22, 2023
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE