UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
                                                            :
DAMON JONES,                                                :
                                      Plaintiff,            :
                                                            :          23 Civ. 5835 (LGS)
 -against-                                                  :
                                                            :              ORDER
CATCO VENTURES, LTD.,                                       :
                                      Defendant.            :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for September 13, 2023.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

ORDERED that the September 13, 2023, initial pretrial conference is **CANCELLED**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue separately.  The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

ORDERED that if Defendant seeks to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

ORDERED, regarding settlement discussions, the parties' request for a referral for settlement discussions through the S.D.N.Y. Mediation Program is **GRANTED.**  A referral order will issue separately.  The parties are apprised that participation in mediation does not provide cause to stay discovery.  The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated:  September 7, 2023
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE