UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
DAMON JONES,                                                 :
                                    Plaintiff,               :
            -against-                                        :        23 Civ. 5835 (LGS)
                                                             :
CATCO VENTURES, LTD.,                                        :        ORDER
                                    Defendant.               :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order, dated September 7, 2023, required the parties to file a joint status letter by November 21, 2023.

WHEREAS, the parties have not filed the required status letter.

**ORDERED** that, as soon as possible and no later than **December 6, 2023**, the parties shall file the required letter in accordance with Individual Rule IV.A.2.

Dated: November 30, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE