UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                         :
   DAMON JONES,                                          :
                                         Plaintiff,      :
                        -against-                        :          23 Civ. 5835 (LGS)
                                                         :
   CATCO VENTURES, LTD.,                                 :                ORDER
                                         Defendant.      :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order, dated September 7,

2023, required the parties to file a joint status letter by November 21, 2023.

WHEREAS, the parties did not file the required status letter.

WHEREAS, an Order dated November 30, 2023, directed the parties to file the required

letter as soon as possible and no later than December 6, 2023.

WHEREAS, the parties have not filed the required status letter.  It is hereby

**ORDERED** that, as soon as possible and no later than **December 15, 2023**, the parties

shall file the required letter in accordance with Individual Rule IV.A.2.  If Defendant refuses to

cooperate in the preparation of this document, Plaintiff shall prepare and file it.  If Plaintiff fails

to comply with this order, the case will be dismissed for failure to prosecute.

Dated: December 11, 2023
       New York, New York


                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE